# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00479-CV

**Lewis Nichols and David Rambo, Appellants**

**v.**

**Scott Spann and Anand Joshi, M.D., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D–1-GN-12-000176, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellees Scott Spann and Anand Joshi, M.D. have filed an agreed motion to dismiss signed by both sides, indicating that the parties have resolved the underlying dispute and requesting that we dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Agreed Motion

Filed: August 15, 2013